UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEROME MILLER, acting on behalf of infant child, J.A.M.,

    Petitioner,

v.                                          Case No.:  2:24-cv-685-SPC-NPM

BEATRIZ DOMINGUEZ,

    Respondent.
                                 /

## OPINION AND ORDER

On August 9, 2024, the Court held a hearing to determine whether to convert the Temporary Restraining Order (Doc. 7) into a preliminary injunction. Petitioner appeared remotely and was represented by counsel. Respondent appeared in person without counsel. For the below reasons, the Court enters a preliminary injunction against Respondent.

This is a Hague Convention wrongful retention case. The Court's TRO ordered Respondent to keep the parties' child within the jurisdiction of the Fort Myers Division of the United States District Court for the Middle District of Florida, pending further order. The TRO also ordered Respondent to surrender the child's travel documents to the Clerk.

During the preliminary injunction hearing, the parties came to an agreement to convert the TRO into a preliminary injunction. They agreed that

Respondent would keep the child within this Court's jurisdiction pending the resolution of the merits of this action, except that Respondent may bring the child to a medical appointment in Miami, Florida. They also agreed that Petitioner possesses the child's travel documents, so Respondent cannot deposit them with the Clerk. Given this agreement, and the Court's findings in the TRO, the Court orders Respondent to keep the child within this Court's jurisdiction until further order but does not order that she deposit any travel documents with the Clerk.

The Court notes that Respondent is not yet represented by counsel. Although the Court is attempting to assist Respondent in her search for pro bono representation, she must continue to try and obtain counsel on her own. Her response to the Petition is currently due on August 23, 2024. And the Court has set an evidentiary hearing on the Petition on October 3, 2024.

Accordingly, it is now

**ORDERED:**

1. Respondent is **ENJOINED** in that she must keep the child within the jurisdiction of the Fort Myers division of the United States District Court for the Middle District of Florida, pending further order of the Court. Respondent may bring the child to a medical appointment in Miami, Florida, but must promptly return the child to the Division following the appointment.

2. Respondent must respond to the Petition **on or before August 23, 2024**.

3. The Court has separately set this matter for an evidentiary hearing on the Petition on **October 3, 2024.** Petitioner may appear at the evidentiary hearing by videoconference.

**DONE** and **ORDERED** in Fort Myers, Florida on August 9, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record