UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEROME MILLER, acting on
behalf of infant child, J.A.M.,

    Petitioner,

v.                                      Case No.:   2:24-cv-685-SPC-NPM

BEATRIZ ABREU DOMINGUEZ,

    Respondent.
_____/

## OPINION AND ORDER

This matter comes before the Court after review of the docket. The Court sanctioned attorney Micheal Hurckes for failing to appear at the November 1, 2024, evidentiary hearing. The Court ordered him to personally pay Petitioner's counsel his costs, expenses, and attorney's fees reasonably incurred in attending the hearing and to reimburse the Middle District of Florida Bench Bar Fund for its expense in reserving interpreters for the hearing. (Doc. 58 at 6). Hurckes appealed this Order and moved to stay pending appeal. (Doc. 63). Petitioner's counsel moved to enforce the Court's Order. (Doc. 65). The Eleventh Circuit has since dismissed Hurckes' appeal and issued its mandate. (Doc. 66).

With the appeal dismissed, Hurckes' motion to stay is now moot, and he must pay the sanction. The Court notes that Petitioner's counsel has

represented that Hurckes does not object to the amount of fees sought. (Doc. 65 at 2). Even so, if Hurckes disagrees as to the amount of attorney's fees sought—not entitlement—he may file a brief on the issue.

Accordingly, it is now

**ORDERED:**

1. Hurckes' Motion to Stay Enforcement of Order Pending Appeal (Doc. 63) is **DENIED as moot.**

2. Petitioner's Motion to Enforce Opinion and Order Granting Oral Motion for Sanctions (Doc. 65) is **GRANTED in part**.

3. **On or before May 8, 2025**, Hurckes must either certify that he has paid Petitioner's counsel his costs, expenses, and attorney's fees reasonably incurred in attending the hearing or file a brief contesting the amount of attorney's fees sought.

4. **On or before May 8, 2025**, irrespective of any attorney's fee brief, Hurckes must certify that he has mailed a copy of this Order and a check for $1,526.32 made payable to Middle District of Florida Bench Bar Fund to:

>   United States District Court
>   Bench Bar Fund
>   401 W. Central Blvd., Suite 2100
>   Orlando, FL 32801

5. **Failure to comply with this Order may result in further sanctions.**

6. This case remains closed.

**DONE** and **ORDERED** in Fort Myers, Florida on May 1, 2025.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record